## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                      Case No.  07-cr-200-01-SM

Kanhnha Sao

## O R D E R

Defendant Sao's motion to continue the final pretrial conference and trial is granted  (document 8).   Trial has been rescheduled for the April 2008 trial period.   Defendant Sao shall file a waiver of speedy trial rights not later than December 10, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  March 21, 2008 at 3:00 p.m.

**Jury Selection**: April 1,  2008 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

November  28,  2007

cc:     James Gleason, Esq.
        Don Feith, AUSA
        US Probation
        US Marshal