UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                        Case No. 07-cr-200-01-SM

<u>Kanhnha Sao</u>

<u>O R D E R</u>

Defendant's assented-to motion to continue the trial (document no. 11) is granted. Trial has been rescheduled for the August 2008 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than March 21, 2008. On the filing of such waiver, her continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account

the exercise of due diligence under the circumstances.

    Final Pretrial Conference: July 25, 2008 at 9:30 AM

    Jury Selection:          August 5, 2008 at 9:30 AM

    SO ORDERED.

March 17, 2008

                                              Steven J. McAuliffe
                                              Chief Judge

cc:  Donald Feith, Esq.
      James Gleason, Esq.
      U. S. Probation
      U. S. Marshal