## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                   Case No.  07-cr-200-SM

<u>Kanhnha Sao</u>

### O R D E R

Defendant Kanhnha  has filed an assented to motion to continue the trial (document  no.16).  Trial has been rescheduled for the January 2009 trial period. Defendant Sao shall file a waiver of speedy trial rights not later than September 29, 2008.  On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   January 14, 2009 at 1:30 p.m.

**Jury Selection**: January 21, 2009 at  9:30 a.m.

SO ORDERED.


Steven J. McAuliffe
Chief Judge


September 18, 2008

cc:    James D. Gleason, Esq.
       Donald A. Feith, Esq.
       US Probation
       US Marshal