UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.                                   Case No. 07-cr-200-01-SM

Kanhnha Sao

O R D E R

Defendant's assented-to motion to continue the trial for 60 days (document no. 22) is granted, in part. This case has been continued a number of times; therefore, continuance is limited to 30 days. Absent extraordinary circumstances, no further continuances will be granted.

Trial has been rescheduled for the May 2009 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than April 27, 2009. On the filing of such waiver, continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C.

§ 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

      Final Pretrial Conference:      May 14, 2009 at 4:00 PM

      Jury Selection:      May 19, 2009 at 9:30 AM

      SO ORDERED.

April 14, 2009            _____
                                      Steven J. McAuliffe
                                      Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal